FILED

MAR 23 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 18-01-H-SEH |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| THOMAS LESTER FURY III, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Thomas Lester Fury III appeared before the Court on March 14, 2018, and entered a plea of guilty to the Indictment. He also stated that he would not contest forfeiture. Fury's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Fury's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d).

    1)     A Smith & Wesson, model 64, .38 S&W Special CTG caliber revolver (serial number CEM3856) and any ammunition

1

THAT the Bureau of Alcohol, Tobacco, and Firearms is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 23rd day of March, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge