FILED

JUL 09 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 18-01-H-SEH |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| THOMAS LESTER FURY III, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on March 23, 2018 (Doc. 22);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- A Smith & Wesson, model 64, .38 S&W Special CTG caliber revolver (serial number CEM3856) and any ammunition

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 9th day of July, 2018.

SAM E. HADDON
United States District Court Judge

2